UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN WEAKLEY, derivatively on behalf of AMERICAN SUPERCONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY J. YUREK, DAVID A. HENRY, VIKRAM S. BUDHRAJA, PETER O. CRISP, RICHARD DROUIN, PAMELA F. LENEHAN, DAVID R. OLIVER, JR., JOHN B. VANDER SANDE, and JOHN W. WOOD, JR.,<br><br>    Defendants,<br><br>and<br><br>AMERICAN SUPERCONDUCTOR CORPORATION,<br><br>    Nominal Defendant. | Civil Action No: 11-cv-10784-WGY-Lead Case |

[PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Date: *July 5, 2011*

*William G. Young*
U.S. DISTRICT COURT JUDGE

9